**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EMTEL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1798 |
| | § | |
| LIPIDLABS, INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants seek relief from the present scheduling order. The relief requested ranges from a stay pending this court's decision on the different dispositive motions that have been filed, to a more modest motion for extending the present deadlines. The present schedule assumed that this court would be able to decide the pending motions by mid-April 2008. That did not occur. The approaching deadlines require extensive and expensive work by the litigants and counsel. An extension is warranted. The deadlines, beginning with the June 20, 2008 deadline for the defendants to file invalidity contentions, are extended 60 days. That should provide sufficient time for the court to rule on the pending motions.

The motion to stay is denied; the motion to extend is granted.

SIGNED on June 27, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge