IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMTEL, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-1798 |
| § | |
| LIPIDLABS, INC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The plaintiff's motion to stay this case during the pendency of reissue proceedings for the '970 Patent is granted. This case is stayed and administratively closed pending the PTO's decision. Any party may move to reopen and reinstate this case to the active docket by motion filed no more than 30 days after the PTO issues its decision.

SIGNED on October 31, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge