IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMTEL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1798 |
| | § | |
| LIPIDLABS, INC, *et al*., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Emtel's Motion to Lift the Stay, (Docket Entry No. 63), is granted. This case is reopened and reinstated to the active docket. A scheduling and status conference is set **for May 26, 2011, at 5:00 p.m.** The parties should confer on a proposed scheduling order in advance of the conference.

SIGNED on May 16, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge