IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMTEL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1798 |
| | § | |
| LIPIDLABS, INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This is a patent-infringement suit between Emtel, Inc. and Specialists On Call, Inc. ("SOC"). The court previously ordered the parties to submit any discovery on claim-construction issues by November 22, 2011. (Docket Entry No. 75). In light of that deadline, SOC has moved to stay all deadlines in this case pending resolution of its recently filed motion for summary judgment, (Docket Entry No. 98). Emtel must respond to SOC's motion to stay, (Docket Entry No. 100), by November 4, 2011.

SIGNED on October 26, 2011, at Houston, Texas.

                                                                                      Lee H. Rosenthal
                                                              United States District Judge