# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EMTEL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1798 |
| | § | |
| LIPIDLABS, INC, *et al*., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 19, 2013, this court entered a Memorandum and Order denying Emtel, Inc.'s motion for reconsideration of this court's October 31, 2012 Memorandum and Opinion. This court also administratively closed this case pending resolution of the reexamination of the patent-in-suit. (Docket Entry No. 140). On May 17, 2013, Emtel filed a motion for reconsideration of the October 31, 2012 Memorandum and Opinion and of this court's denial of Emtel's motion for reconsideration. (Docket Entry No. 144). Defendant Specialists On Call, Inc. responded. (Docket Entry No. 145). This motion, which appears to reassert arguments previously considered, is denied.

SIGNED on June 10, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge